*Messrs. William L. Day, Luther Day,* and *Joseph C. Breitenstein,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 479. WARREN E. BARNETT *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph C. Breitenstein, William L. Day,* and *Luther Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 480. OREGON SHORT LINE RAILROAD COMPANY *v.* ERNEST R. GUBLER. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Robert B. Porter, George H. Smith, William R. Harr,* and *Charles H. Bates* for petitioner. *Mr. E. R. Callister* for respondent.

---

No. 481. EARL B. BARNES, AS TRUSTEE IN BANKRUPTCY OF THOMAS H. COWLEY, PAUL E. BRADY ET AL., ETC. *v.* WILLIAM SCHATZKIN ET AL., ETC., AND LAWRENCE J. HIRSCH ET AL., ETC. October 18, 1926. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. Saul S. Myers, William J. Hughes,* and *Edwin L. Garvin* for petitioners. *Messrs. Harold Nathan* and *B. B. Pettus* for respondents.

---

No. 484. MILTON F. WEBSTER *v.* JOSEPH T. TERRY. October 18, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Archibald Cox* for petitioner. *Mr. Melville Church* for respondent.